PER CURIAM.
Affirmed. See, e.g., Parola v. Weinberger, 848 F.2d 956 (9th Cir.1988); City of Jacksonville v. Nichols Eng’g & Research Corp., 49 So.2d 529 (Fla.1950); Philbrick v. City of Miami Beach, 147 Fla. 538, 3 So.2d 144 (1941); Clein v. Lee, 146 Fla. 306, 200 So. 693 (1941); Pompano Horse Club v. State, ex rel. Bryan, 93 Fla. 415, 111 So. 801 (1927); United Sanitation Servs. of Hillsborough, Inc. v. City of Tampa, 302 So.2d 435 (Fla. 2d DCA 1974); 29 Fla. Jur.2d Injunctions § 77 (1981).